AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 FEB 11 P 4:20

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The offices and storage areas of Federal Express,<br>10 Industrial Drive, Londonderry, NH 03053 | ) ) ) ) ) ) )  Case No.  14-mj- 21-01-JD |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Hampshire _____
*(identify the person or describe the property to be searched and give its location)*:

The offices and storage areas of Federal Express, 10 Industrial Drive, Londonderry, NH 03053

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

One plain fiberboard box bearing FEDEX tracking number 796495813190 containing two metal containers labeled as "Ultra Ever Dry."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                                   *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____ .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                          ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  1-31-14  11:03AM                    *Joseph A. DiClerico*
                                                                                                                   *Judge's signature*

City and state:   Concord, New Hampshire                    Joseph DiClerico, U.S. District Judge
                                                                                                       *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 14-mj- | Date and time warrant executed: Jan 31, 2014 / 1:15 PM | Copy of warrant and inventory left with: Lisa Chabot, FEDEX |
| Inventory made in the presence of : |||

Inventory of the property taken and name of any person(s) seized:

1 plain fiberboard box containing 2 cans of "Ultra Ever Dry." Box bears FedEx tracking number 7964 9581 3190.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/10/2014

_Executing officer's signature_

Charles G. Dionne, Special Agent
_Printed name and title_